THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Brian Sturgeon, Appellant.
 
 
 

Appeal from Greenville County
Edward W. Miller, Circuit Court Judge

Unpublished Opinion No. 2011-UP-531
 Submitted November 1, 2011  Filed
December 2, 2011    

AFFIRMED

 
 
 
 Chief Appellate Defender Robert M. Dudek
 and Senior Appellate Defender Joseph L. Savitz, III, both of Columbia, for
 Appellant.
 Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W.
 Elliott, and Assistant Attorney General Mark R. Farthing, all of Columbia; and
 Solicitor W. Walter Wilkins, III, of Greenville, for Respondent.
 
 
 

PER CURIAM:  Brian
 Sturgeon appeals his conviction for voluntary manslaughter, arguing the circuit
 court erred in refusing to instruct the jury on involuntary manslaughter.  We
 affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following authorities:  State v.
 Staten, 364 S.C. 7, 41, 610 S.E.2d 823, 841 (Ct. App. 2005) (holding an
 issue relating to a jury charge is not preserved for appellate review unless a
 party either requested the charge and obtained a ruling or objected on specific
 grounds to the charge as given), vacated in part by, 374 S.C. 9, 647
 S.E.2d 207 (2007) (vacating Court of Appeals' analysis regarding Crawford v.
 Washington, 541 U.S. 36, 124 S.Ct. 1354, 158 L.Ed.2d 177 (2004)); see State v. Rios, 388 S.C. 335, 342, 696 S.E.2d 608, 612 (Ct. App. 2010)
 (holding the failure to object to the circuit court's decision not to charge
 involuntary manslaughter waived defendant's ability to seek appellate review on
 the issue).
AFFIRMED.
HUFF, PIEPER,
 and LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.